IN THE UNITED STATES DISTRICT COURTS
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:19-cr-00146-LGW-CLR |
| | ) | |
| RASHAD STANFORD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING LEAVE OF ABSENCE

Defendant, **RASHAD STANFORD**'s counsel, STEPHANIE O. BURGESS, having filed her Motion for Leave of Absence and having served all parties thereto;

IT IS HEREBY ORDERED that said Motion for Leave of Absence for the following dates: February 19, 2020 – February 24, 2020, March 13, 2020 – March 16,2020, March 27, 2020 – April 6, 2020, May 22, 2020 – June 2, 2020, and July 24, 2020 – July 31, 2020 is hereby **GRANTED**.

This 23rd day of January, 2020.

_Christopher L. Ray_
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia